took no part in the consideration or decision of this petition.

No. 01–1539. SUDARSKY v. CITY OF NEW YORK ET AL. C. A. 2d Cir. Motion of Shemco, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 01–8443. BEN-YISRAYL v. INDIANA. Sup. Ct. Ind. Motion of petitioner to strike the brief in opposition denied. Certiorari denied.

No. 01–1137. BANDUSKY v. ARIZONA, 535 U. S. 987;
No. 01–1240. IN RE KELLY, 535 U. S. 985;
No. 01–1250. DONNER v. DONNER ET AL., 535 U. S. 989;
No. 01–1343. KNISKERN ET AL. v. AMSTUTZ ET AL., 535 U. S. 990;
No. 01–7296. STOKES ET AL. v. UNITED STATES, 535 U. S. 990;
No. 01–7632. TWILLIE v. BRENNAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION, ET AL., 535 U. S. 936;
No. 01–8158. COLWICK v. TEXAS, 535 U. S. 994;
No. 01–8575. JONES v. BRYANT, WARDEN, 535 U. S. 1022;
No. 01–8663. EARLY v. THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES, 535 U. S. 1023; and
No. 01–9181. MCHAN v. UNITED STATES, 535 U. S. 1027. Petitions for rehearing denied.

JUNE 11, 2002

No. 01A954 (01–10635). MODDEN v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court. THE CHIEF JUSTICE, JUSTICE SCALIA, and JUSTICE THOMAS would deny the application for stay of execution.